**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**LATOYA HARRIS**                                                                                           **PLAINTIFF**

**VERSUS**                                                                 **Cause No. 3:20-cv-00043-GHD-JMV**

**MEDICAL FINANCIAL SERVICES, INC.**                                                **DEFENDANT**

## MOTION TO WITHDRAW

COMES NOW, LaJuanda Griffin, independent contractor and Of-Counsel for Credit Repair Lawyers of America, Individually, et al LaToya Harris, Plaintiff in the above styled and numbered Cause, move pursuant to L.U.COV.R. 83.1(b)(3) and other applicable authority, to allow LaJuanda Williams-Griffin to withdraw as counsel of notice and record as I am no longer with the firm and my representation would cause a conflict of interest.

DATED: February 17, 2021

                                        Respectfully submitted,

                                        /s/ LaJuanda Williams-Griffin
                                        LaJuanda Williams-Griffin
                                        MSB # 104675
                                        P.O. Box 720183
                                        Byram, MS 39272
                                        lwg@williamsgriffinlawgroup.com
                                        (601) 664-8857
                                        Attorney for Plaintiff

## **Proof of Service**

I, LaJuanda Williams-Griffin, hereby certify that on February 17, 2021, I served a copy of the foregoing document upon all counsel and parties as their addresses appear of record via this Court's CM/ECF system. Also, counsel served a copy of this motion to Plaintiff's last known address is believed to be:

Latoya Harris
5586 Michaelson Drive
Olive Branch, MS 38654

LaToya Harris
6641 Houston Drive
Olive Branch, MS 38654

/s/ LaJuanda Williams-Griffin