IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LATOYA HARRIS**                                                                                       **PLAINTIFF**

**v.**                                  **CIVIL ACTION NO. 3:20-CV-00043-GHD-JMV**

**MEDICAL FINANCIAL SERVICES, INC.**                                **DEFENDANT**

**ORDER GRANTING IN THE ALTERNATIVE DEFENDANT'S MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO PROSECUTE**

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant's Motion to Dismiss for Plaintiff's Failure to Prosecute [34] is GRANTED IN THE ALTERNATIVE,

(2) all deadlines and dates in this case are SUSPENDED, pending further notice from the Court,

(3) a final Order to Show Cause will be sent directly to Plaintiff Latoya Harris in her individual capacity ordering her to correspond to the Court in writing and provide an update on her case, and

(4) Defendant Medical Financial Services, Inc. is AWARDED monetary damages against Plaintiff's counsel Attorney Jacob Burns for the fees and costs of the defense in this case thus far, with the amount to be subsequently ascertained.

SO ORDERED, this the 25th day of May, 2021.

_____
SENIOR U.S. DISTRICT JUDGE